AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

JUL 29 2016

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Mario Alberto Garrido<br>YOB: 1991 COB: United States<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-16-1442-M<br>)<br>)<br>) |

**UNSEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2, 2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841, 846 | Did knowingly and intentionally conspire to and did possess with the intent to distribute more than five kilograms of cocaine, that is approximately 23 kilograms of cocaine, a schedule II controlled substance |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Joel Pena
*Printed name and title*

Approved Joseph Leonard
Sworn to before me and signed in my presence.

Date: July 29, 2016 10:15 am

*Judge's signature*

City and state: McAllen, Texas

Peter E. Ormsby, United States Magistrate Judge
*Printed name and title*

### Attachment "A"

On the morning of June 2, 2016, Special Agents of the FBI observed a white Volkswagen Jetta at a residence in Mission, Texas. At approximately 8:24 AM, a male later identified as Mario Alberto Garrido was observed getting into and departing in the white Volkswagen Jetta. Special Agents and Task Force Officers observed the white Volkswagen Jetta driving into the north McAllen, Texas area. Garrido was observed driving at a high rate of speed and changing his direction of travel several times. Garrido was also observed making sudden lane changes and looking at the cars around him. Garrido's driving mannerisms were consistent with that of counter-surveillance tactics seen and used by members of drug trafficking organizations.

At approximately 8:44 AM, a Hidalgo County Sheriff's Office (HCSO) Deputy conducted a traffic stop on Garrido for disregarding a stop sign at the intersection of Dove Avenue and Bentsen Road in McAllen. During the traffic stop, the HCSO Deputy conducted an inspection of the exterior of the white Volkswagen Jetta using a K-9 trained and certified to alert and indicate to the presence of narcotics. The K-9 alerted and indicated to the presence of narcotics near the front driver side of the vehicle. Garrido was informed by the HCSO Deputy that he was going to conduct a secondary inspection of the vehicle. Garrido provided the HCSO Deputy with the remote key to the vehicle, which the HCSO Deputy used to open the trunk. Upon further inspection of the trunk, the HCSO Deputy discovered in plain view, a white grocery bag containing five silver brick-like packages consistent with the appearance of bulk quantities of narcotics. A field test conducted on one of the packages yielded positive results for the presence of cocaine.

At approximately 10:40 AM, Special Agents of the FBI conducted a custodial interview of Garrido. Under rights advisement and waiver, Garrido stated that on the evening of July 1, 2016 he entered the U.S. and shortly after, met with a female in Hidalgo, Texas who transferred possession of the white Volkswagen Jetta. Upon accepting possession of the vehicle, Garrido drove it that evening to his residence in Mission. Garrido went on to identify a hidden compartment located in the vehicle which contained 14 brick-like packages similar in appearance as the five packages found in the trunk of the vehicle. Garrido admitted that he had previously observed individuals accessing the hidden compartment and loading it with 14 brick-like packages of cocaine. Garrido advised the vehicle was to be delivered to a location where unidentified persons would pick up the vehicle, remove the cocaine located in the hidden compartment, and return the vehicle to Garrido. Garrido would then pick up the vehicle and take it to a location in Mission to be loaded with cocaine again.

Garrido explained that he had been engaging in the transportation and distribution of cocaine approximately three to four times a week since he was 12 years old.